[No. 32160-6-III.   Division Three.   October 16, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN LEE BURNS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-01927-8, Gary R. Tabor, J., entered November 2, 2012. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Korsmo and Fearing, JJ.

[No. 32289-1-III.   Division Three.   October 16, 2014.]

*In the Matter of the Adoption of* H.M.G.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-5-00474-7, Thomas Felnagle, J., entered January 25, 2013. *Reversed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Korsmo, J.

[No. 32293-9-III.   Division Three.   October 16, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN ERIN MULLEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-05075-2, Katherine M. Stolz, J., entered January 11, 2013. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.